**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (SBN 328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**BLACK OAK LAW FIRM**
Adib Assassi, Esq. (SBN 301036)
adib@blackoaklaw.com
1100 W. Town and Country Rd., Ste 1250
Orange, CA 92868
Telephone: (800) 500-0301
Facsimile: (800) 500-0301

[Additional Counsel on Signature Line]

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANA MARIA VLAD, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE JOINT CORP. D/B/A/ THE JOINT CHIROPRACTIC MANAGEMENT COMPANY,**<br><br>Defendant. | **Case No.:** 8:21-CV-00767-DOC-ADS<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>**Judge**: Hon. David O. Carter |

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTES:**

PLEASE TAKE NOTICE that plaintiff Ana Maria Vlad ("Plaintiff") and defendant The Joint Corp. d/b/a The Joint Chiropractic Management Company (the "Defendant") (together the "Parties") have reached a settlement of this matter in principle on an individual basis only.

Therefore, Plaintiff respectfully requests that the Court vacate all pending deadlines, including the August 23, 2021 scheduling conference, and permit the Parties until September 30, 2021 to file the appropriate dismissal papers.

Dated: August 13, 2021                                   Respectfully submitted,

                                       **KAZEROUNI LAW GROUP, APC**

                                       */s/ Jason A. Ibey*
                                       Jason A. Ibey, Esq. (SBN: 284607)
                                       321 N Mall Drive, Suite R108
                                       St. George, Utah 84790
                                       Telephone (800) 400-6808
                                       Facsimile (800) 520-5523
                                       Email: jason@kazlg.com
                                       *ATTORNEY FOR PLAINTIFFS*