# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA VLAD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE JOINT CORP. d/b/a THE JOINT CHIROPRACTIC MANAGEMENT COMPANY;<br><br>Defendant. | Case No.: 8:21-cv-00767-DOC-ADS<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION PURSUANTTO FED. R. CIV. P. 41(A)(1)(A)(II) [29]** |

Good causing appearing, the stipulated request of Plaintiff ANA MARIA VLAD, ("Plaintiff") and Defendant THE JOINT CHIROPRACTIC MANAGEMENT COMPANY, ("Defendant") for dismissal of the action in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, *with prejudice* as to Plaintiff's individual claims and *without prejudice* as to the claims of the putative class members, is hereby GRANTED.

Each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 23, 2021

_____
Hon. David O. Carter
UNITED STATES DISTRICT JUDGE

1